IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON L. SANTIFER,

    Petitioner,               No. CIV S-05-2513 MCE GGH P

    vs.

M. EVANS, Warden,

    Respondent.             <u>ORDER</u>

_____/

        The parties have requested an extension of time to file a joint scheduling statement pursuant to the court's order of January 4, 2006. The January 30, 2006 request includes a lodged proposed order via ECF in .pdf format. However, petitioner's counsel has not submitted a proposed order in word processing format in accordance with the local rules. In future, the court will only consider any counsel's request if counsel is in compliance with Local Rule 5-137(b). On this occasion, the court will grant the request. The parties are granted an extension of time until February 17, 2006 to file a joint scheduling statement.

        IT IS SO ORDERED.

Dated: 2/6/06                         /s/ Gregory G. Hollows

                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

ggh:009
sant2513.lcr