Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Petitioner Brandon Santifer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. SANTIFER,<br><br>Petitioner,<br><br>vs.<br><br>M. EVANS, Warden,<br><br>Respondent. | No. CIV S-05-2513 MCE GGH P<br><br>[PROPOSED] ORDER FOR EXTENSION OF TIME |

Good cause appearing therefore, it is hereby ORDERED as follows:

1. The parties may have until November 26, 2007 to file Objections to the Magistrate Judge's Findings and Recommendations regarding the above habeas corpus petition.

2. Any Reply to the Objections shall be served and filed within 20 days after service of the objections.

Dated: Nov 5, 2007

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE