IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON L. SANTIFER,  No. 2:05-cv-02513-MCE-GGH P

    Petitioner,

  vs.  ORDER

M. EVANS, Warden,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 31, 2008, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

///

///

1  A certificate of appealability should be granted for any issue that petitioner can
2  demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3  court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
4  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

5  Petitioner has made a showing adequate to proceed further concerning the denial of a
6  constitutional right in the following issues presented in the instant petition: 1) whether the state
7  court violated petitioner's Sixth and Fourteenth Amendment rights by excluding petitioner's
8  spontaneous statement to a friend minutes after the shooting that he shot the victim because the
9  victim was trying to kill him; 2) whether the state court violated petitioner's Sixth and Fourteenth
10 Amendment rights by prohibiting reference to matters of common knowledge in closing
11 argument.

12 Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the
13 present action.

Dated:  March 13, 2008

/s/ Morrison C. England, Jr.
_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  Jennings, at 1010.

2